In re:

Alisa L Jones

    Debtor

Case No. 25-02140-lmj

Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0863-4

Date Rcvd: Mar 10, 2026

User: auto

Form ID: 1318

Page 1 of 2

Total Noticed: 10

The following symbols are used throughout this certificate:

**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alisa L Jones, PO Box 30071, Des Moines, IA 50310-9402 |
| 802720003 | + | Per Mar, 1910 E Kimberly Rd, Davenport, IA 52807-2033 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 802719996 | + | EDI: MAXMSAIDV | Mar 11 2026 02:21:00 | Dpt Ed/Aidv, Po Box 300001, Greenville, TX 75403-3001 |
| 802719997 | + | Email/Text: bkdesk@greenstate.org | Mar 10 2026 22:20:00 | Greenstate Credit Unio, 825 Mormon Trek Blvd, Iowa City, IA 52246-1814 |
| 802719998 | + | Email/Text: bkdesk@greenstate.org | Mar 10 2026 22:20:00 | Greenstatecu, 500 Iowa Ave, Iowa City, IA 52240-1811 |
| 802720000 | ^ | MEBN | Mar 10 2026 22:19:27 | MercyOne Medical Group, PO Box 1475, Des Moines, IA 50305-1475 |
| 802720001 | + | Email/PDF: ebnotices@pnmac.com | Mar 10 2026 22:35:34 | Pennymac Loan Services, 6101 Condor Dr Ste 200, Moorpark, CA 93021-2602 |
| 802720002 | | Email/PDF: ebnotices@pnmac.com | Mar 10 2026 22:35:20 | Pennymac Loan Services LLC, PO BOX 4095, Carol Stream, IL 60197-4095 |
| 802720004 | ^ | MEBN | Mar 10 2026 22:19:13 | Revco Solutions, PO Box 163279, Columbus, OH 43216-3279 |
| 802720006 | + | Email/Text: bankruptcy@veridiancu.org | Mar 10 2026 22:20:00 | Veridian Cu, 1827 Ansborough Av, Waterloo, IA 50701-3629 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 802719999 | | Internal Revenue Service |
| 802720005 | | Town Financial |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2026                          Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Charles Smith, | trustee@telpnerlaw.com  ia21@ecfcbis.com |
| Robb D Goedicke | on behalf of Debtor Alisa L Jones robb@nlgiowa.com  cpalmersheim@mburdettelaw.com |
| Tirzah R Roussell | on behalf of Creditor PennyMac Loan Services  LLC Tirzah.Roussell@dentons.com, gabby.mathias@dentons.com |
| United States Trustee | USTPRegion12.DM.ECF@usdoj.gov |

TOTAL: 4

Information to identify the case:

Debtor 1    **Alisa L Jones**

First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court    Southern District of Iowa

Case number:    25–02140–lmj7

Social Security number or ITIN    xxx–xx–7990

EIN   _ _ – _ _ _ _ _ _ _

Social Security number or ITIN   _ _ _ _

EIN   _ _ – _ _ _ _ _ _ _

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Alisa L Jones

3/10/26

**By the court:** Judge Lee M. Jackwig
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**